| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HOWARD SUPERIOR COURT |
| | )SS: | |
| COUNTY OF HOWARD | ) | CAUSE NO.: 34D04-1705-CT-00388 |
| | ) | |
| LISA DOWNHOUR, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| MENARD, INC., | ) | |
|     Defendant. | ) | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT OR TO OTHERWISE PLEAD

Defendant Menard, Inc., pursuant to LR34-TR7-10 C respectfully requests an additional 30 days within which to answer Plaintiff's Complaint or to otherwise plead. A response is due June 9, 2017, and said time has not elapsed. Enlargement is respectfully prayed, therefore, to and including the **9th day of July, 2017.**

    Respectfully submitted,

    _____
    Kevin C. Tyra (#11883-49)
    One of the Attorneys for Defendant,
    *Menard, Inc.*

Kevin C. Tyra, #11883-49
Matthew T. Kavanagh, #34393-49
THE TYRA LAW FIRM, P.C.
9100 Purdue Road; Ste. 119
Indianapolis, IN 46268
Telephone: (317) 636-1304
Facsimile: (317) 636-1343



EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2017, a true and complete copy of the foregoing document was served upon all parties via US Mail with sufficient postage attached:

Katherine G. Karres
Hensley Legal Group, P.C.
117 E. Washington Street; Ste. 200
Indianapolis, IN 46204

Kevin C. Tyra

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HOWARD SUPERIOR COURT |
| | )SS: | |
| COUNTY OF HOWARD | ) | CAUSE NO.: 34D04-1705-CT-00388 |
| | ) | |
| LISA DOWNHOUR, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| MENARD, INC., | ) | |
| Defendant. | ) | |

## APPEARANCE

/ /  Check if *Pro Se*.  *NOTE:* This form is not required for pro se protective orders.

1. Menard, Inc.
   Name or names of responding party or parties

2. Address of *pro se* responding party or parties (as applicable for service of process):

   Name:
   Address:

3. Attorney information (as applicable for service of process):

   Kevin C. Tyra                          Atty. No.: 11883-49
   Matthew T. Kavanagh                    Atty. No.: 34393-49
   The Tyra Law Firm, P.C.                Phone: (317) 636-1304
   9100 Purdue Rd.; Ste. 119              FAX:   (317) 636-1343
   Indianapolis, IN 46268                 E-Mail: kevin.tyra@tyralaw.net
                                                  Matthew.kavanagh@tyralaw.net

4. Will responding party accept FAX service: Yes _____  No  X
   Responding Party will accept email service.

5. Each attorney specified on this appearance:

   a. certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   b. acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email addresses specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

    c.    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate.

6.    *(Optional)* Additional information to supplement the appearance form submitted by the responding party:

Respectfully submitted,

*/s/ Kevin C. Tyra*
Kevin C. Tyra (#11883-49)
One of the Attorneys for Defendant,
*Menard, Inc.*

Kevin C. Tyra, #11883-49
Matthew T. Kavanagh, #34393-49
THE TYRA LAW FIRM, P.C.
9100 Purdue Road; Ste. 119
Indianapolis, IN 46268
Telephone: (317) 636-1304
Facsimile: (317) 636-1343

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2017, a true and complete copy of the foregoing document was served upon all parties via US Mail with sufficient postage attached:

Katherine G. Karres
Hensley Legal Group, P.C.
117 E. Washington Street; Ste. 200
Indianapolis, IN 46204

*/s/ Kevin C. Tyra*
Kevin C. Tyra

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE HOWARD COUNTY SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF HOWARD ) | | |

LISA DOWNHOUR, )
                         ) CAUSE NO: 34D04-1705-CT-00388
           Plaintiff, )
                         )
vs. )
                         )
MENARD, INC., )
                         )
           Defendant. )
                         )

FILED
MAY 12 2017
KIM WILSON
Clerk Howard Superior Court
DIVISION 4

**TO DEFENDANT:** Menard, Inc.
c/o The Prentice-Hall Corporation System, Inc.
135 N Pennsylvania St, Suite 1610
Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

    If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: 5/12/17     Kim Wilson     (Seal)
                         CLERK, Howard County Superior Court

**(The following manner of service of summons is hereby designated)**

  X  Registered or certified mail.

_____ Service at place of employment, to wit:

_____ Service on individual - (Personal or copy) at above address.

_____ Service on agent. (Specify)

_____ Other Service. (Specify)

Katherine G. Karres, #27192-49
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of the Complaint to the Defendant, _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
CLERK, Howard County Superior Court

Dated: _____   By: _____

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____ was accepted by _____ on behalf of said Defendant on the _____ day of _____, 20___.

_____
CLERK, Howard County Superior Court

By: _____
Deputy

| STATE OF INDIANA | ) | IN THE HOWARD COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF HOWARD | ) | CAUSE NO: 34D04-1705-CT-00388 |

LISA DOWNHOUR,

    Plaintiff,

vs.

MENARD, INC.,

    Defendant.

FILED

MAY 12 2017

KIM WILSON
Clerk Howard Superior Court
DIVISION 4

## COMPLAINT FOR DAMAGES

COMES now the Plaintiff, LISA DOWNHOUR ("Plaintiff"), by counsel, and for her Complaint for Damages against the Defendant, MENARD, INC. ("Defendant"), alleges and asserts that:

1. At all times mentioned herein, the Plaintiff was and is a resident of the City of Galveston, County of Howard, State of Indiana.

2. At all times mentioned herein, the Defendant was doing business in the State of Indiana and was maintaining a premise located at 1715 E Havens St, Kokomo, IN 46901.

3. All of the acts and/or omissions of the Defendant, herein alleged, were performed and/or omitted by and through the agents, servants, and/or employees of the Defendant while they were acting within the scope and course of their employment.

4. On or about August 20, 2016, the Plaintiff was a guest and invitee of the Defendant at the above-reference premises, when she was injured.

5. The Defendant was required to exercise reasonable and ordinary care under all circumstances and operation of its premises, including the above-referenced premises at which the Plaintiff was injured.

6. The above-mentioned incident was directly and proximately caused by the carelessness and negligence of the Defendant, including, but not limited to, one or more of the following acts and/or omissions:

   a. The Defendant carelessly and negligently failed to inspect and discover the dangerous condition existing at said location;

   b. The Defendant carelessly and negligently failed to warn the Plaintiff of the dangerous condition existing at said location when the Defendant knew or should have known of the same;

   c. The Defendant carelessly and negligently failed to provide premises reasonably safe under the existing conditions; and

   d. The Defendant carelessly and negligently failed to correct the dangerous condition at said location when the Defendant knew or should have known of the existence of the same.

7. As a direct and proximate result of the Defendant's carelessness and negligence, the Plaintiff sustained personal injuries, resulting in pain and suffering.

8. As a result of her injuries and their effects, the Plaintiff, has been required to engage the services of hospitals, physicians, and medical technicians for medical treatment, medication and x-rays, and has incurred medical expenses for such treatment.

9. As a result of her injuries, the Plaintiff has incurred reasonable medical expenses for medical care and treatment.

WHEREFORE, the Plaintiff, LISA DOWNHOUR, prays that the Court grant judgment against the Defendant, MENARD, INC., in an amount commensurate with her injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

Respectfully submitted,

*/s/ Katherine Karres*

Katherine G. Karres, # 27192-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
kkarres@hensleylegal.com

## REQUEST FOR TRIAL BY JURY

COMES now the Plaintiff, LISA DOWNHOUR, by counsel and files herein her request for trial by jury for the above action.

Respectfully submitted,

*/s/ Katherine Karres*

Katherine G. Karres, # 27192-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 Phone
(317) 472-3340 Facsimile
kkarres@hensleylegal.com

STATE OF INDIANA   )
                   ) SS:
COUNTY OF HOWARD )

IN THE HOWARD COUNTY SUPERIOR COURT

LISA DOWNHOUR,   )
                 ) CAUSE NO: 34D04-1705-CT-00388
        Plaintiff,  )
                    )
   vs.              )
                    )
MENARD, INC.,       )
                    )
        Defendant.  )

FILED
MAY 12 2017
KIM WILSON
Clerk Howard Superior Court
DIVISION 4

**TO DEFENDANT:** Menard, Inc.
c/o The Prentice-Hall Corporation System, Inc.
135 N Pennsylvania St, Suite 1610
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: 5/12/17    _Kim Wilson_____ //(Seal)
                   CLERK, Howard County Superior Court

**(The following manner of service of summons is hereby designated)**

__X__ Registered or certified mail.

_____ Service at place of employment, to wit:

_____ Service on individual - (Personal or copy) at above address.

_____ Service on agent. (Specify)

_____ Other Service. (Specify)

Katherine G. Karres ,#27192-49
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of the Complaint to the Defendant, _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
CLERK, Howard County Superior Court

Dated:_____    By:_____

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____ was accepted by _____ on behalf of said Defendant on the _____ day of _____, 20___.

_____
CLERK, Howard County Superior Court

By:_____
Deputy